MINUTE ENTRY
FALLON, J.
MARCH 15, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARBARA G. LAIRD** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 14-2511** |
| | * | |
| **MELODY VINCENT, ET AL.** | * | **SECTION "L" (2)** |

## ORDER & REASONS

A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. Ross Lagarde participated on behalf of Plaintiff Barbara Laird. Albert Miranda participated on behalf of Defendants Melody Vincent, Cianna Medical, and Hartford Underwriters Insurance Company. Thomas Young participated on behalf of Avis Rent A Car, Avis Budget Group, and PV Holding Corporation. The parties discussed the status of the case and discovery.

At the status conference, Plaintiff Laird indicated that she had no intention of filing an opposition to Defendants Avis Rentals, Avis Budget, and PVHC's Motion for Summary Judgment, R. Doc. 45. Finding the motion unopposed, **IT IS ORDERED** that the Motion for Summary Judgment, R. Doc. 45, is hereby **GRANTED**.

1

JS10(00:10)